Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5627
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Joseph Antonelli, Esq. (#137039)
Janelle Carney, Esq. (#201570)
LAW OFFICE OF JOSEPH ANTONELLI
1000 Lakes Drive, Suite 450
West Covina, CA 91790-2918
Tel.: (626) 917-6228 / Fax: (626) 917-7686
Email: JAntonelli@antonellilaw.com

Michael J. Procopio, Esq. (#137318)
Jill S. Kramer, Esq. (#172229)
LAW OFFICES OF MICHAEL J. PROCOPIO
2677 North Main Street, Suite 860
Santa Ana, CA 92705-6623
Tel.: (714) 541-1550 / Fax: (714) 541-1770
Email: Mike@procopiolaw.com

E-FILED 07/06/09
JS-6

Attorneys for Plaintiffs LISA HANNA and BRENT J. MAZUR, individuals on behalf of themselves, all others similarly situated and the general public

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| LISA HANNA and BRENT J. MAZUR, individuals on behalf of themselves, all others similarly situated and the general public,<br><br>　　Plaintiffs,<br><br>　v.<br><br>HOME FIRST MORTGAGE, INC. d/b/a HOME FIRST MORTGAGE CORPORATION, a California corporation; FLEXPOINT FUNDING CORPORATION, a California corporation; and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No.: 8:06-cv-00933-PSG (ANx)<br>Room.:　　790<br>Honorable Philip S. Gutierrez<br><br>**CLASS ACTION**<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br><br><br><br><br><br><br>Action Filed: July 16, 2004 |

///

///

- 1 -

**JUDGMENT**

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

# [PROPOSED] JUDGMENT

On August 20, 2007 in the above-entitled matter, Final Approval of Class Action Settlement was granted by the Court (See Exhibit "1").

IT IS HEREBY ADJUDGED THAT:

1. Final Judgment is hereby entered against Defendants Home First Mortgage, Inc. and Flexpoint Funding Corporation ("Defendants").

2. Judgment is entered against Defendants in the total amount of $1,335,229.67 to be paid out in the following amounts:

   a. Payout to Class Member Officers: $502,323.44;

   b. Payout to Class Member Processors: $54,293.56;

   c. Defendants/Employer taxes on Wages: $30,882.71;

   d. Plaintiff Enhancement: $45,000.00

      ($15,000 each for Lisa Hanna, Brent J. Mazur, Thomas Brown);

   e. Attorneys' Fees: $666,666.00;

   f. Attorneys' Costs: $21,477.25; and

   g. Claims Administration: $14,586.71.

3. The Court shall continue to retain exclusive and continuing jurisdiction over this action and the Parties, including all Settlement Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting this Judgment, and the claims process thereunder.

**IT IS SO ADJUDGED:**

Dated: __7/06/_____, 2009        _____
                                       Honorable Philip S. Gutierrez

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

- 2 -
JUDGMENT